# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN DOSDOS DULCERO, | |
| Petitioner, | Case No. 2:14-cv-01259-JAD-VCF |
| vs. | **ORDER** |
| D.W. NEVEN, *et al.*, | |
| Respondents. | |

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied. Petitioner must pay the $5.00 filing fee for habeas corpus actions. 28 U.S.C. § 1914(a). Petitioner shall be given an opportunity to pay the fee in this action.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**. Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the $5.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall **RETAIN** the petition but not file it at this time.

Dated: August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE