# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN DOSDOS DULCERO,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01259-JAD-VCF

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (Doc. 8). Respondents seek a 60-day enlargement of time, up to and including January 30, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (Doc. 8) is **GRANTED.** The response shall be filed on or before **January 30, 2015.**

    Dated this 26th day of November, 2014.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE