# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN DOSDOS DULCERO,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01259-JAD-VCF

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents have filed a motion for a second extension of time in which to file a response to the petition for a writ of habeas corpus. (Doc. 15). Respondents seek a 45-day enlargement of time, up to and including March 16, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to the petition (Doc. 15) is **GRANTED.** The response shall be filed on or before **March 16, 2015.**

    Dated: January 26, 2015.

_____
UNITED STATES DISTRICT JUDGE