# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN DOSDOS DULCERO,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01259-JAD-VCF

**Order Permitting Withdrawal of Motion to Stay**
**[ECF 24, 27]**

When pro se habeas petitioner Melvin Dulcero received the respondents' motion to dismiss his petition because it contains unexhausted claims for relief,[1] he filed a motion to stay his case so he could complete the exhaustion process.[2] He soon realized that his request for stay was premature because the court had not yet ruled on the motion to dismiss. So he moved to withdraw his motion to stay.[3]

Good cause appearing, IT IS HEREBY ORDERED that Dulcero's motion to withdraw his premature stay motion **[ECF 27] is GRANTED**. Dulcero's Motion to Stay **[ECF 24] is DEEMED WITHDRAWN**.

Dated this 26th day of August, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 17.

[2] ECF 24.

[3] ECF 27.